**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 15, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77523        Tomell M. Thomas vs. State of Missouri
WD78237        Kartel Capital, LLC, et al vs. KC Life Insurance CO.


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
WD77628        State of Missouri vs. Antonio C. Jackson